UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:17-cr-147-TRM-CHS-1 |
| | ) |
| TERRY LYNN GUELDE | ) |

## **MEMORANDUM AND ORDER**

Defendant Terry Lynn Guelde appeared for a hearing on August 28, 2025, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Amended Petition and Order for Warrant for an Offender Under Supervision [Doc. 73] (the "Amended Petition")] in the above matter.

Defendant was placed under oath and informed of his constitutional rights. It was previously determined that Defendant wished to be represented by an attorney and that he qualified for appointed counsel. Attorney Christopher Meadows with Federal Defender Services was previously appointed to represent Defendant in this matter [Doc. 70, Memorandum and Order, Judge Christopher H. Steger]. The Court also determined that Defendant had been provided with and reviewed with counsel a copy of the Amended Petition.

The Government moved that Defendant be detained without bail pending his revocation hearing before U.S. District Judge McDonough. Defendant waived his right to a preliminary hearing. Defendant also waived his right to an immediate detention hearing but reserved the right to request a detention hearing upon motion at a later date.

Based upon the Amended Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his conditions of supervised release as alleged in the Amended Petition.

Accordingly, the Court **ORDERS** that:

(1) A Revocation of Supervised Release hearing is set to take place on December 12, 2025 at 9:00 a.m. before District Judge Travis R McDonough.

(2) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER:  s/
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE